**Janet P. Bisson BEANE**

**v.**

**Robert R. BISSON.**

Supreme Judicial Court of Maine.

Submitted on Briefs Jan. 10, 1989.

Decided Jan. 11, 1989.

Thomas M. Mangan, Lewiston, for plaintiff.

Nancy Dragalin Carlson, William Rocheleau, Rocheleau, Fournier & Lebel, Lewiston, for defendant.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN, CLIFFORD and HORNBY, JJ.

HORNBY, Justice.

 We affirm the judgment of the Superior Court (Androscoggin County; *Alexander, J.*) affirming the judgment of the District Court (Lewiston; *Scales, J.*). In denying a motion to change the custody provision of a 1979 divorce decree, the District Court did not misapply 19 M.R.S.A. § 752 (Supp.1988), nor did it abuse its discretion in evaluating the effect of changes in the mother's circumstances upon the children's interests. *See Ziehm v. Ziehm,* 433 A.2d 725, 730 (Me.1981), *Villa v. Smith,* 534 A.2d 1310, 1312 (Me.1987). The Court also properly denied a motion to hold the father in contempt. Though the father may have been in violation of a mediated agreement, that agreement never became a court order, 19 M.R.S.A. § 752(4), and therefore could not be the basis for a contempt finding.

The entry is:

Judgment affirmed.

All concurring.